

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00258-CV

Claudia **PUENTES,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16793
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

The Appellant's Motion for Provision of Certified Copies needed to file Original Petition with Texas Supreme Court is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court